UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

BRAIDAN C. COY,                          )
                                         )
                    Plaintiff,           )
                                         )
            v.                           )        No. 4:20-cv-00072-SEB-DML
                                         )
WILLIAM A. GRAY,                         )
                                         )
                    Defendants.          )

## **FINAL JUDGMENT**

The Court, having this day made its Entry directing the entry of final judgment, now

enters FINAL JUDGMENT.

The action is **dismissed with prejudice** for failure state a claim upon which relief can be

granted.

Date:    09/10/2020                      _____
                                         SARAH EVANS BARKER, JUDGE
                                         United States District Court
                                         Southern District of Indiana

Distribution:

BRAIDAN C. COY
278668
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838